IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA ONKEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-4267 |
| GATEWAY MORTGAGE GROUP, LLC | § § § § | |
| *Defendant.* | § § § | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Defendant Gateway First Bank, successor by conversion to Gateway Mortgage Group, LLC (incorrectly named as "Gateway Mortgage Group, LLC") ("Gateway") files this Notice of Settlement and would respectfully show the Court as follows:

1. Gateway wishes to notify the Court that the parties have reached settlement on all claims in this matter.

2. Gateway respectfully requests that all upcoming hearings and/or deadlines be cancelled.

3. Final dismissal papers will be filed with the Court within the next thirty (30) days.

Gateway prays that the Court cancel any upcoming hearings, give the Parties thirty (30) days to file final dismissal papers, and for such other further relief to which Gateway may be justly entitled.

[*Signatures on following page*]

4870-0942-1639.1

Respectfully submitted,



By: */s/ Gabriella Alonso*
**KYLE A. OWENS**
Texas Bar No. 24046573
Federal I.D. No. 590511
kowens@bradley.com
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
(214) 257-9800 Telephone
(214) 939-8787 Telecopier

**GABRIELLA E. ALONSO**
Texas Bar No. 24113527
Fed. I.D. No. 3427194
galonso@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR DEFENDANT***
***GATEWAY FIRST BANK***

## CERTIFICATE OF CONFERENCE

I do hereby certify that I have conferred with counsel for Plaintiff Angela Onken via email who agrees to the above. Therefore, this motion is unopposed.

   */s/ Gabriella E. Alonso*
Gabriella E. Alonso

**CERTIFICATE OF SERVICE**

      I certify that on this 28th day of December 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

<u>**Via email: erick.delarue@delaruelaw.com**</u>
Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
***Attorney for Plaintiff***

                            */s/ Gabriella E. Alonso*
                            Gabriella E. Alonso